IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,
D.O.C. # 139647,

    Plaintiff,

v.                                                  4:21cv463-WS/MAF

FLORIDA DEP'T OF CORR., et al.,

    Defendants.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (ECF No. 29) docketed January 28, 2022. The magistrate judge recommends that Plaintiff's this case be dismissed (1) under the three strikes provision of 28 U.S.C. § 1915(g); (2) for failure to comply with court orders; (3) and for failure to honestly disclose his prior litigation history. The plaintiff has filed objections (ECF No. 32) to the magistrate judge's report and recommendation.

    Having reviewed the record in light of Plaintiff's objections, the undersigned finds Plaintiff's case is due to be dismissed as recommended by the magistrate judge. Accordingly, it is ORDERED:

Page 2 of 2

1. The magistrate judge's report and recommendation (ECF No. 29) is ADOPTED and incorporated by reference into this order.

2. This case is hereby DISMISSED without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g); for failure to comply with court orders; and for abuse of the judicial process.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. Plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis is DENIED. All other pending motions are DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __9th__ day of __March__, 2022.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE